## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>CARIAN MANAGEMENT, INC.<br><br>    Debtor | CASE NO. 10-04052 (BKT)<br><br>CHAPTER 11 |
| --- | --- |

### ATTORNEY'S FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY COSTS AND EXPENSES
#### (for the period of March 26, 2010 to October 31, 2010)

**TO THE HONORABLE COURT:**

**COMES NOW,** C. CONDE & ASSOC., debtor's attorney and applicant in this matter, who respectfully files this application for allowance of compensation and reimbursement of expenses and represents and states as follows:

1. This application is submitted in compliance with the Guidelines of the U.S. Trustee Office, for the reviewing of applications for professional compensation and reimbursement of expenses.

2. *Background*:

a) Debtor, Carian Management, Inc., filed a voluntary Petition under Chapter 11 of the Bankruptcy Code, on May 13, 2010, under case number 10-04052.

b) The application for employment of the undersigned attorney was filed on May 13, 2010, provided that payments of fees and expenses are subject to the approval of the Court. The employment of the undersigned attorney was approved on June 7, 2010.

c)  The hourly rates agreed to by applicant and debtors, disclosed in the referred

application

for compensation were $275.00 per hour for attorney Carmen D. Conde Torres, $250.00 per

hour for Associates, $200.00 per hour for junior attorney and $100.00 per hour for paralegal

assistance.  A retainer of $15,000.00 has been paid to date. Said retainer was credited to this

first application for compensation.

d)  Professional services for which allowance of compensation and reimbursement

of expenses payment is sought were performed during the period from March 26, 2010 up

to October 31, 2010.

e)  This is applicant's first professional fee application.

3. The status of the case, related to the services provided by the undersigned, is as

follows:

Drafting, review and filing of Schedules and Statement of Financial Affairs.

Prepared and attended Initial Debtor Interview and Meeting of Creditors and provided to

US Trustee all documents requested.  Drafting of first day motions, including, but not

limited to determination of critical vendors.  Status Report required by the Court was

drafted and filed and Status Conference hearing was attended. Analyze and draft and

review application for employment of professionals.  Received, reviewed and filed of

Monthly Operating Report.  Proofs of Claims filed were received, claims were reconciled

with Debtor's records and creditors concerns were attended. The Disclosure Statement and

Plan of Reorganization were prepared and filed; negotiations with several creditors took place in order to reconcile their claims. Motions for the assumption of rejection of contracts were drafted and filed. Considerable time was incurred in the assistance for the negotiation, drafting and filing of the Motion for the Use of Cash Collateral and the Post Petition Financing.

4. A summary of professional time and fees requested, and for which this application is filed is as follows:

| | |
|---|---|
| Total Fees Incurred | $64,527.50 |
| Expenses | $ 1,292.98 |
| Total | $65,820.48 |

5. Applicant provides an itemized description of services rendered with entries organized in chronological order and costs and expenses are also detailed in the enclosed breakdown marked as Exhibit I and are evidenced by the enclosed receipts and certification which are also made part of this application.

6. A summary of Exhibit I is as follows:

| | Hours Fee | Total |
|---|---|---|
| Pre-Petition Matters | 27.70 | $7,562.50 |
| Petition, Schedules and SOFA | 21.40 | $5,885.00 |
| First Day Motions | 4.00 | $1,095.00 |
| Case Administration | 24.80 | $6,670.00 |

| | | |
|---|---|---|
| Employment of Professionals | 4.60 | $1,200.00 |
| Claims & Creditors | 5.90 | $ 1,520.00 |
| Meeting of Creditors | 9.50 | $ 2,612.50 |
| Pending Litigation | 9.70 | $ 2,530.00 |
| Executory Contract | 1.50 | $ 395.00 |
| Monthly Operating Reports | 3.80 | $ 1,020.00 |
| Disclosure Statement | 46.40 | $12,022.50 |
| Use of Cash Collateral | 23.90 | $ 6,422.50 |
| Critical Vendors | 1.30 | $ 357.50 |
| Post Petition Financing | 55.40 | $15,235.00 |
| Expenses | | $ 1,292.98 |
| Total | | $65,820.48 |

7. Applicant hereby certified that the enclosed breakdown of fees and expenses has been discussed and agreed to by debtors.

8. I hereby certify that I have read the application and to the best of my professional knowledge, information and belief formed after reasonable inquiry, the compensation and expenses reimbursement sought conforms with the guidelines of the U. S. Trustee and that the compensation and expense reimbursement requested herein, actual and necessary, are billed at rates in accordance with practices no less favorable to the Debtor/Estate, than those customarily employed.

WHEREFORE, applicant respectfully prays this Honorable Court to enter an order allowing the compensation and reimbursement of necessary expenses sought hereunder in the total sum of **$65,820.48** representing **$64,527.50** in professional fees and **$1,292.98** in reimbursement of necessary costs and expenses incurred, and thereupon to authorize and direct the debtor in possession to pay applicant **$65,820.48** from the funds of the estate as an administrative expense allowable under 11 U.S.C. Section 503(b), less the retainer fee already paid.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of November, 2010.

**NOTICE TO PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that unless a written objection to this fee application is filed, with the Clerk of the U.S. Bankruptcy Court with copy to the undersigned, within 21 days from the date of this notice, pursuant to FRBP 2002(a)(7), this application may be allowed by the Court without further notice or hearing.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties to the parties appearing in said system including the U.S. Trustee.

**I FURTHER HEREBY CERTIFY** that I have mailed by United States Postal Service notice of the filing of such document to the non CM/ECF participants included in the master address list herein attached.

C. CONDE & ASSOC.
254 San José Street, Suite 5
San Juan , Puerto Rico 009011523
Tel.: (787) 729-2900; Fax: (787) 729-2203
Email: condecarmen@microjuris.com

/s/Carmen D. Conde Torres
CARMEN D. CONDE TORRES


**APPROVED AND ACCEPTED.**

/s/ Orlando Adrovet Molina
MR. ORLANDO ADROVET MOLINA
PRESIDENT
CARIAN MANAGEMENT, INC.

## CERTIFICATION

I, Carmen M. Felices Vargas, of legal age, married and legal secretary of C. Conde & Associates, hereby certify:

1. That my name and personal circumstances are the ones stated above.

2. That all fax transmittals charged with this invoice were sent by me. Their cost is $.25 per page.

3. That all photocopies charged with this invoice were made by me. Their cost is $.25 per page.

4. That all stamps used were charged at $.42 per stamp.

5. I execute this Certification for all legal purposes.

In San Juan, Puerto Rico, this 31th day of October, 2010.

/s/ Carmen M. Felices Vargas
**CARMEN M. FELICES VARGAS**

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR  00901-1523

October 31, 2010

Invoice submitted to:
Carian Management

Invoice #  2010501

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 00. Pre-Bankruptcy Matters | 27.70<br>273.01/hr | 7,562.50 |
| 01. Petition, Schedules and SOFA | 21.40<br>275.00/hr | 5,885.00 |
| 02. First Day Motions | 4.00<br>273.75/hr | 1,095.00 |
| 03. Case Administration | 24.80<br>268.95/hr | 6,670.00 |
| 04. Employment of Professionals | 4.60<br>260.87/hr | 1,200.00 |
| 05. Claims and Creditors | 5.90<br>257.63/hr | 1,520.00 |
| 06. Meeting of Creditors | 9.50<br>275.00/hr | 2,612.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 08. Pending Litigation | 9.70<br>260.82/hr | 2,530.00 |
| 09. Executory Contract | 1.50<br>263.33/hr | 395.00 |
| 10. Monthly Operating Report | 3.80<br>268.42/hr | 1,020.00 |
| 11. Disclosure Statement | 46.40<br>259.11/hr | 12,022.50 |
| 14. Use of Cash Collateral | 23.90<br>268.72/hr | 6,422.50 |
| 15. Critical Vendors | 1.30<br>275.00/hr | 357.50 |
| 16. Post Petition Financing | 55.40<br>275.00/hr | 15,235.00 |
| For professional services rendered | 239.90 | $64,527.50 |

Additional Charges :

| | Qty/Price | |
|---|---|---|
| Other | 36<br>35.92 | 1,292.98 |
| Total costs | | $1,292.98 |
| Total amount of this bill | | $65,820.48 |
| 4/27/2010 Retainer Fee.. Check No. 3927643 | | ($15,000.00) |
| 10/29/2010 Courtesy Discount. | | ($10,000.00) |
| Total payments and adjustments | | ($25,000.00) |

| | Amount |
|---|---|
| Balance due | $40,820.48 |

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR 00901-1523

October 31, 2010

Invoice submitted to:
Carian Management

Invoice # 2010501

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Carmen D. Conde, Esq. | 123.20<br>272.99/hr | 33,632.50 |
| Geraldo A. Carlo | 52.20<br>275.00/hr | 14,355.00 |
| Luis F. Colón Gonzalez | 9.20<br>275.00/hr | 2,530.00 |
| Luisa S. Valle, Esq. | 25.80<br>257.17/hr | 6,635.00 |
| Robert Freedman | 29.50<br>250.00/hr | 7,375.00 |
| For professional services rendered | 239.90 | $64,527.50 |

Additional Charges :

| | Qty/Price | Amount |
|---|---|---|
| Carmen D. Conde, Esq. | 32<br>36.03 | 1,152.98 |
| Luis F. Colón Gonzalez | 4<br>35.00 | 140.00 |
| Total costs | | $1,292.98 |
| Total amount of this bill | | $65,820.48 |

| | | |
|---|---|---|
| 4/27/2010 | Retainer Fee.. Check No. 3927643 | ($15,000.00) |
| 10/29/2010 | Courtesy Discount. | ($10,000.00) |
| | Total payments and adjustments | ($25,000.00) |
| | Balance due | $40,820.48 |

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR  00901-1523

October 31, 2010

Invoice submitted to:
Carian Management

Invoice #  2010501

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **00. Pre-Bankruptcy Matters** | | |
| 3/26/2010 | CDC | First Meeting with client. | 1.00<br>275.00/hr | 275.00 |
| 4/5/2010 | CDC | Draft and Review engagement letter. | 0.80<br>275.00/hr | 220.00 |
| 4/8/2010 | CDC | Print and Review electronic report of cases previously filed at Bankruptcy Court re: La Reina Management, Inc. | 0.30<br>275.00/hr | 82.50 |
| 4/9/2010 | CDC | Second Meeting with client. | 2.50<br>275.00/hr | 687.50 |
| 4/13/2010 | CDC | Telephone call in  and Telephone call out Maria. Re:  Budget. | 0.50<br>275.00/hr | 137.50 |
| 4/14/2010 | CDC | Receive and Review email from client re: Rent due and not paid. | 0.30<br>275.00/hr | 82.50 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2010 | CDC | Download and Review email from Andres Martinez re: email received from Atty. Diez re: payment of rents. | 0.30<br>275.00/hr | 82.50 |
| 4/16/2010 | CDC | Download and Review email from Maria Garcia re: projected schedule of receipts and disbursements for the period April 19-30 and May 1-31. | 1.50<br>275.00/hr | 412.50 |
| 4/19/2010 | CDC | Receive and Review email from client submitting copy of engagement letter signed. | 0.20<br>275.00/hr | NO CHARGE |
| 4/22/2010 | CDC | Receive and Review email from Andres to WB. re: Need of means to pay payroll. | 0.50<br>275.00/hr | 137.50 |
| | CDC | Telephone call in Maria to discuss budget. | 0.40<br>275.00/hr | 110.00 |
| | CDC | Telephone call in Andres to request information on retainer. | 0.20<br>275.00/hr | 55.00 |
| | CDC | Telephone call in Maria and Andres to discuss actual status with payroll and WB's opposition to withdraw moneis. | 0.50<br>275.00/hr | 137.50 |
| 4/26/2010 | CDC | Telephone call in and Telephone call out Maria re: budget | 0.30<br>275.00/hr | 82.50 |
| 5/5/2010 | CDC | Review documents and information provided. Review letter received today from WB. Request UCC reports. | 6.00<br>275.00/hr | 1,650.00 |
| 5/6/2010 | CDC | Review loan agreements with WB and amendments. | 3.00<br>275.00/hr | 825.00 |
| | CDC | Review Exhibits to Loan Agreements, Collateral, UCC. etc. | 2.90<br>275.00/hr | 797.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2010 | CDC | Review all information provided by client for the completion of the Schedules and Statement of Financial Affairs. | 4.00 275.00/hr | 1,100.00 |
| | CDC | Meeting with clients. Discuss need to file the two corporations. Discuss possible conflict of interest/. | 1.50 275.00/hr | 412.50 |
| 5/10/2010 | CDC | Receive and Review email from Andres Martinez re: letter to be sent to vendors | 0.50 275.00/hr | 137.50 |
| | CDC | Draft and Review letter to be sent to vendors | 0.50 275.00/hr | 137.50 |
| | SUBTOTAL: | | [ 27.70 | 7,562.50] |

## 01. Petition, Schedules and SOFA

| | | | | |
|---|---|---|---|---|
| 5/7/2010 | CDC | Receive and Review files with copy of leases, including real property of Carian. Prepare Chart. | 3.50 275.00/hr | 962.50 |
| 5/10/2010 | CDC | Draft and Review Petition | 2.50 275.00/hr | 687.50 |
| 5/18/2010 | CDC | Review documents received and amend schedules and Draft and Review Statement of Financial Affairs . | 0.80 275.00/hr | 220.00 |
| 5/25/2010 | CDC | Review of preliminary draft of schedules and Draft and Review Statement of Financial Affairs . | 2.00 275.00/hr | 550.00 |
| 5/26/2010 | CDC | Draft and Review Schedules and SOFA | 3.00 275.00/hr | 825.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2010 | CDC | Final draft and review of schedules and statement of financial affairs. Review lease agreements and loan documents. | 3.40 275.00/hr | 935.00 |
| | CDC | Receive and Review schedules and statement of financial affairs AAA. | 1.50 275.00/hr | 412.50 |
| | CDC | Meeting with clients to discuss Final draft and review of schedules and statement of financial affairs. | 2.20 275.00/hr | 605.00 |
| | CDC | Review and amend schedules and Draft and Review Statement of Financial Affairs . | 2.50 275.00/hr | 687.50 |
| | SUBTOTAL: | | [    21.40 | 5,885.00] |

## 02. First Day Motions

| | | | | |
|---|---|---|---|---|
| 6/2/2010 | LSV | Draft and Review email to counsel for AAA regarding first day motions for utilities. | 0.30 275.00/hr | 82.50 |
| 6/3/2010 | LSV | Receive and Review response email from counsel for AAA regarding 366 motions for PREPA and submitting copy of proposal by PREPA | 0.30 275.00/hr | 82.50 |
| | CDC | Conference call with Mr. Munoz  re multiple pending matters. | 0.50 275.00/hr | 137.50 |
| 6/8/2010 | LSV | Telephone call out to counsel for PREPA re: 366 request and bond required | 0.30 275.00/hr | 82.50 |
| 6/9/2010 | LSV | Receive and Review detail of AEE and AAA accounts amended | 0.50 275.00/hr | 137.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/17/2010 | LSV | Receive and Review list of bonds for 366 motion with AAA | 0.30 275.00/hr | 82.50 |
| 6/29/2010 | LSV | Telephone call out to AAA (Morales) re: 366 motion and new bonds | 0.30 275.00/hr | 82.50 |
| | LSV | Telephone call out to PREPA regarding bonds and 366 motions. Left Message. | 0.10 275.00/hr | 27.50 |
| | LSV | Telephone call in from Debtor to discuss PREPA and AAA 366 motions | 0.40 275.00/hr | 110.00 |
| | LSV | Telephone call out to PREPA officials (Gorbea) re: new bonds amounts and stipulation | 0.30 275.00/hr | 82.50 |
| 7/7/2010 | LSV | Meeting with Debtor to discuss 366 motion to be filed with AEE and AAA | 0.50 275.00/hr | 137.50 |
| 7/28/2010 | LSV | Receive and Review order approving stipulation with AEE | 0.10 250.00/hr | 25.00 |
| | LSV | Receive and Review order approving stipulation with PRASA | 0.10 250.00/hr | 25.00 |
| | SUBTOTAL: | | [ 4.00 | 1,095.00] |

## 03. Case Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2010 | LSV | Draft and Review motion requesting administrative consolidation | 0.50 250.00/hr | 125.00 |
| | CDC | Meeting with clients and Mr. Edgardo Munoz. Re: Leases, shares, loan agreements, etc. | 2.50 275.00/hr | 687.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2010 | CDC | Meeting with Mr. Edgardo Munoz to discuss action to follow. | 1.00 275.00/hr | 275.00 |
| | CDC | Receive and Review letter to shareholder. Edit letter. | 0.50 275.00/hr | 137.50 |
| 5/17/2010 | CDC | Receive and Review emails and Telephone call in from various creditors requesting information. Information was provided. | 0.50 275.00/hr | 137.50 |
| | LSV | Telephone call in from Farmacia Toledo (Landlord of Arecibo premises) regarding bankruptcy filing and Debtor's intent of the lease | 0.30 275.00/hr | NO CHARGE |
| | CDC | Various Telephone call in and Telephone call out client. re: status and action to follow. | 0.50 275.00/hr | 137.50 |
| 5/24/2010 | CDC | Continue working on bank documents and loan agreement with W.B. Receive and Review additional information. | 1.00 275.00/hr | 275.00 |
| 5/25/2010 | CDC | Telephone call in and Telephone call out Mr. Munoz: Status of case of AAA Imports and Carian Managemet. | 0.40 275.00/hr | 110.00 |
| | CDC | Draft and Review email to Mr. Munoz for meeting on Thursday. | 0.20 275.00/hr | 55.00 |
| | CDC | Multiple Telephone call in and Telephone call out from parties interested in case and creditors of AAA. Refer to Mr. Muñoz. | 0.50 275.00/hr | 137.50 |
| 5/26/2010 | CDC | Telephone call out client to coordinate meeting tomorrow. | 0.30 275.00/hr | 82.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2010 | CDC | Various emails in and out BPPR and Mr. Munoz to coordinate meeting tomorrow. | 0.50 275.00/hr | 137.50 |
| 5/27/2010 | CDC | Meeting at BPPR. | 1.50 275.00/hr | 412.50 |
| | CDC | Meeting with clients. | 2.00 275.00/hr | 550.00 |
| | LSV | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 6/1/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 6/2/2010 | LSV | Draft and Review timetable of all pending matters for the next 120 days | 1.00 275.00/hr | 275.00 |
| 6/3/2010 | CDC | Draft and Review email to clients re: findings of conference call with Mr. Munoz. | 0.50 275.00/hr | 137.50 |
| | CDC | Telephone call out client to discuss multiple matters pending. | 0.10 275.00/hr | 27.50 |
| | CDC | Telephone call in  Mr. Munoz re:  Cash Collateral and other issues.  A conference call was scheduled for 4PM. | 0.30 275.00/hr | 82.50 |
| 6/7/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 6/8/2010 | CDC | Telephone call out Mr. Martinez to discuss multiple issues. | 0.20 275.00/hr | 55.00 |
| | CDC | Receive and Review fax from client submitting copy of resolucion corporativa y Declaracion sobre Volumen de Negocios del 2009 | 0.50 275.00/hr | 137.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2010 | CDC | Meeting with clients and attorney for AAA Imports to discuss new budget. | 1.50 275.00/hr | 412.50 |
| 6/14/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 6/24/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 7/5/2010 | CDC | Print and Review Docket . | 0.10 275.00/hr | 27.50 |
| 7/12/2010 | CDC | Meeting with clients and Mr. Munoz. Telephone call out BPPR to discuss need of deposits in transit into adm. account. | 2.00 275.00/hr | 550.00 |
| 7/14/2010 | CDC | Prepare status report to be file.  Prepare for hearing tomorrow. | 1.00 275.00/hr | 275.00 |
| 7/15/2010 | CDC | Telephone call in  Mr. Miguel Gonzalez. Status of payment. I informed him it was AAA the debtor not Carian. | 0.20 275.00/hr | 55.00 |
| | CDC | Appearance at Court for status conference. | 1.00 275.00/hr | 275.00 |
| 7/19/2010 | LSV | Receive and Review status conference report | 0.20 250.00/hr | 50.00 |
| 7/21/2010 | LSV | Print and Review Docket | 0.10 250.00/hr | 25.00 |
| 7/22/2010 | LSV | Print and Review Docket | 0.10 250.00/hr | 25.00 |
| 7/23/2010 | LSV | Receive and Review Proof of Claim filed by Mercado Plaza | 0.10 250.00/hr | 25.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2010 | CDC | Draft and Review email to Mr. Munoz. re: Need to meet on Tuesday.  Receive and Review response and confirmation. | 0.20 275.00/hr | 55.00 |
| 7/27/2010 | CDC | Print and Review Docket . | 0.10 275.00/hr | 27.50 |
| | LSV | Receive and Review minutes of status conference hearing | 0.10 250.00/hr | 25.00 |
| 7/28/2010 | LSV | Receive and Review order granting limited notice | 0.10 250.00/hr | 25.00 |
| 7/29/2010 | LSV | Receive and Review title studies for 11 lots of the Debtor | 1.50 250.00/hr | 375.00 |
| 8/3/2010 | CDC | Review files to verify account numbers. | 0.10 275.00/hr | 27.50 |
| | CDC | Telephone call in  and Telephone call out Mr. Martinez re:  need of transfer of funds from old account. | 0.20 275.00/hr | 55.00 |
| 8/4/2010 | CDC | Telephone call out to Mr. Martinez: Various matters. | 0.30 275.00/hr | 82.50 |
| 8/25/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 9/8/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 9/14/2010 | CDC | Print and Review Docket | 0.10 275.00/hr | 27.50 |
| 9/22/2010 | CDC | Print and Review Docket. | 0.10 275.00/hr | 27.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/28/2010 | CDC | Print and Review Docket. | 0.10<br>275.00/hr | 27.50 |
| 10/25/2010 | CDC | Print and Review Docket | 0.10<br>275.00/hr | 27.50 |
|  | | SUBTOTAL: | [ 24.80 | 6,670.00] |

## 04. Employment of Professionals

| | | | | |
|---|---|---|---|---|
| 5/26/2010 | CDC | Telephone call in  and Telephone call out Mr. Jorge Marchand.  Re:  Public relations. | 0.50<br>275.00/hr | 137.50 |
| 7/27/2010 | LSV | Telephone call out to auditor re: engagement and filing of application | 0.20<br>250.00/hr | 50.00 |
| 7/28/2010 | LSV | Receive and Review profile of external auditors firm | 0.50<br>250.00/hr | 125.00 |
| | LSV | Receive and Review email from Debtor confirming approval of fees for external auditor | 0.10<br>250.00/hr | 25.00 |
| | LSV | Draft and Review amended external auditors application and verified statement | 1.00<br>250.00/hr | 250.00 |
| | LSV | Receive and Review order approving employment of accountant for the estate | 0.10<br>250.00/hr | 25.00 |
| | LSV | Draft and Review email to Debtor submitting amended proposal sent by external auditor and requesting their final approval | 0.20<br>250.00/hr | 50.00 |
| | LSV | Receive and Review amended proposal sent by external auditor | 0.30<br>250.00/hr | 75.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2010 LSV | Telephone call in from external auditor re: amended proposal | | 0.20 250.00/hr | 50.00 |
| 10/29/2010 CDC | Draft and Review application for Compensation. | | 1.50 275.00/hr | 412.50 |
| | SUBTOTAL: | | [ 4.60 | 1,200.00] |

## 05. Claims and Creditors

| | | | | |
|---|---|---|---|---|
| 5/19/2010 CDC | Telephone call in and Telephone call out Ms. Cividanes. re: Executory contracts. | | 0.40 275.00/hr | 110.00 |
| 5/20/2010 CDC | Telephone call in and Telephone call out Victoriano Quintana from Marvic Parking re: status of bankruptcy. | | 0.20 275.00/hr | 55.00 |
| 5/25/2010 CDC | Telephone call in and Telephone call out Mr. Munoz re: Status of use of cash collateral. | | 0.30 275.00/hr | 82.50 |
| 6/1/2010 LSV | Telephone call in from various creditors outside of the US regarding notice of filing and claims to be filed | | 0.20 250.00/hr | 50.00 |
| 6/2/2010 CDC | Telephone call in Brrokin Lolipops . They sent the merchandise by the end of 27 de April of $35,560. | | 0.50 275.00/hr | 137.50 |
| 6/7/2010 LSV | Receive and Review fax sent by counsel for AAA re: claim for municipal taxes | | 0.50 275.00/hr | 137.50 |
| 7/9/2010 CDC | Receive and Review statement of account of Condominio El Canton Mall. | | 0.50 275.00/hr | 137.50 |
| 7/23/2010 CDC | Receive and Review email from BPPR Ms. Davidson re: Payment to BPPR. Draft and Review email to client re: Payments to BPPR. | | 0.40 275.00/hr | 110.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2010 | LSV | Receive and Review Proof of Claim filed by Sweet House | 0.10 250.00/hr | 25.00 |
| | LSV | Receive and Review Proof of Claim filed by ORO Candy Distributors | 0.10 250.00/hr | 25.00 |
| 9/15/2010 | CDC | Letter from client re: payment of Four Season | 0.10 275.00/hr | NO CHARGE |
| 9/20/2010 | CDC | Proof of Claim filed by Banco Popular de PR | 0.20 275.00/hr | 55.00 |
| 9/22/2010 | LSV | Telephone call out to Debtor re: reconnection of power from PREPA | 0.20 250.00/hr | 50.00 |
| | LSV | Telephone call in from Debtor to inform that PREPA had disconnected power at the facilities of Aguadilla, Arecibo and Bayamon. | 0.30 250.00/hr | 75.00 |
| | LSV | Multiple Telephone call out and Telephone call in with PREPA to discuss reconnection of power for three facilities. | 0.50 250.00/hr | 125.00 |
| 9/23/2010 | LSV | Draft and Review email to counsel for PREPA re: submitting evidence of payment of invoices due | 0.30 250.00/hr | 75.00 |
| 10/12/2010 | LSV | Proof of Claim filed by Puerto Rico Depart. of Labor | 0.20 250.00/hr | 50.00 |
| 10/20/2010 | CDC | Telephone call in and Telephone call out Mr. Colberg re: Antilles Insurance. | 0.30 275.00/hr | 82.50 |
| 10/21/2010 | CDC | Draft and Review variuos emals client and Mr. Sergio Ramirez de Arellano re: Paymentos to Canton Mall | 0.50 275.00/hr | 137.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2010 | CDC | Receive and Review email from attorney Molina. re: various creditors. | 0.10 275.00/hr | NO CHARGE |
| | | SUBTOTAL: | [ 5.90 | 1,520.00] |

### 06. Meeting of Creditors

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2010 | CDC | Receive and Review notice of 341 Meeting. | 0.30 275.00/hr | 82.50 |
| 5/20/2010 | CDC | Draft and Review letter to client re: Initial Debtor Interview. | 0.40 275.00/hr | 110.00 |
| | CDC | Receive and Review letter from US trustee re: Initial Debtor Interview | 0.30 275.00/hr | 82.50 |
| 6/9/2010 | CDC | Preparation for Initial Debtor Interview with clients. Other matters discussed and addressed. | 2.50 275.00/hr | 687.50 |
| 6/14/2010 | CDC | Appear to Initial Debtor Interview. | 1.00 275.00/hr | 275.00 |
| 6/18/2010 | CDC | Prepare clients for meeting of creditors. Review files and documentation including rent due . | 2.00 275.00/hr | 550.00 |
| 6/21/2010 | CDC | Appear at meeting of creditors of Carian Management . | 3.00 275.00/hr | 825.00 |
| | | SUBTOTAL: | [ 9.50 | 2,612.50] |

### 08. Pending Litigation

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 | LCG | Receive and Review fax from client submitting copy of Citacion y notificacion de penalidad by OSHA | 0.50 275.00/hr | 137.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2010 | LCG | Review OSHA Regulations. | 2.00 275.00/hr | 550.00 |
| | LCG | Review documents provided by client and Ley de Patentes | 1.50 275.00/hr | 412.50 |
| 6/15/2010 | LCG | Telephone call out to client to set up a meeting for tomorrow re: Municipal tax | 0.10 275.00/hr | 27.50 |
| 6/16/2010 | LCG | Meeting with Mr. Soto to discuss cases and organize evidence. OSHA | 2.20 275.00/hr | 605.00 |
| 6/22/2010 | LCG | Appearance at hearing at Department of Labor regarding the imposition of fines. Negotiated fien reduction from 5,000.00 to 1,000.00 re:OSHA | 1.50 275.00/hr | 412.50 |
| 6/28/2010 | CDC | Receive and Review letter from Atty. Colon Gonzalez related to matters of penalties from Department of Labor. | 0.50 275.00/hr | NO CHARGE |
| 9/13/2010 | LCG | Draft and Review Motion for Rescheduling of Trial. re: Municipal Tax. | 1.00 275.00/hr | 275.00 |
| | LCG | Telephone call out to Mr. Soto to infoming scheduling of hearing re: Municipal Tax | 0.20 275.00/hr | 55.00 |
| 9/20/2010 | LCG | Receive and Review Order scheduling hearing for October 26, 2010 re: Municipal Tax | 0.20 275.00/hr | 55.00 |

SUBTOTAL:                     [      9.70          2,530.00]

## 09. Executory Contract

| | | | | |
|---|---|---|---|---|
| 5/17/2010 | LSV | Draft and Review email to counsel for AAA Imports regarding Arecibo landlord | 0.30 275.00/hr | 82.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2010 | CDC | Receive and Review motions send by Mr. Munoz to assume or reject Toa Alta's lease. Draft and Review response to Mr. Munoz. | 0.50 275.00/hr | 137.50 |
| 10/11/2010 | LSV | Receive and Review email from counsel for El Canton Mall re: arrears for the rent of August and September | 0.20 250.00/hr | 50.00 |
| | LSV | Draft and Review email to Debtor requesting that they provide us with a detail of payments made to El Canton Mall | 0.30 250.00/hr | 75.00 |
| | LSV | Receive and Review email from counsel for El Canton Mall amounts stated in the plan as pre-petition debt | 0.20 250.00/hr | 50.00 |
| | SUBTOTAL: | | [    1.50 | 395.00] |

## 10. Monthly Operating Report

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2010 | LSV | Download, review, prepare cover page and file Monthly Operating Report for June 2010. | 1.00 250.00/hr | 250.00 |
| 8/20/2010 | CDC | Download, review, prepare cover page and file Monthly Operating Report for the month of July 2010. | 1.00 275.00/hr | 275.00 |
| 9/17/2010 | CDC | Download, review, prepare cover page and file Monthly Operating Report for the month of August, 2010 | 0.80 275.00/hr | 220.00 |
| 10/21/2010 | CDC | Download, review, prepare cover page and file Monthly Operating Report for the month of September, 2010 | 1.00 275.00/hr | 275.00 |
| | SUBTOTAL: | | [    3.80 | 1,020.00] |

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### 11. Disclosure Statement

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2010 | CDC | Meeting with clients and Mr. Munoz , including Ms. Barroso in preparation for Disclosure Statement and Plan of both related Debtor. | 2.00 275.00/hr | 550.00 |
| 8/12/2010 | CDC | Telephone call in and Telephone call out Ms. Barroso re: clasification of claims, liquidation analysis and projections. | 0.30 275.00/hr | 82.50 |
| 8/16/2010 | RF | Commence drafting of Disclosure Statement and identify common facts and claims for both debtors. | 5.50 250.00/hr | 1,375.00 |
| 8/18/2010 | CDC | Meeting with clients , Ms. Barroso and Mr. Munoz to discuss first draft of Disclosure Statement. | 2.00 275.00/hr | 550.00 |
| 8/23/2010 | CDC | Review and amend of Disclosure Statement. Review loan agreement, appraisals, schedules, and title studies. | 3.80 275.00/hr | 1,045.00 |
| | RF | Review loan document, property appraisals, and title reports. Update Disclosure Statement. Prepare chart of property for DS. | 5.50 250.00/hr | 1,375.00 |
| | CDC | Telephone call in and Telephone call out Mr. Martinez re: need of Appraisal reports. | 0.20 275.00/hr | 55.00 |
| | CDC | Meeting with accountant Barroso and Mr. Freedman to discuss amendments to first draft of disc. statement. | 1.50 275.00/hr | 412.50 |
| 8/24/2010 | CDC | Review latest version of the disclosure statement and exhibits thereto. | 1.90 275.00/hr | 522.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2010 | CDC | Telephone call in Ms. Barroso to discuss payment plan. | 0.50 275.00/hr | 137.50 |
| | RF | Update, edit and review Disclosure Statement. Prepare supporting exhibits. Implement changes to Disclosure Statement in light of Accountant's payment plan. Commence drafting of Plan of Reorganization. | 5.10 250.00/hr | 1,275.00 |
| 8/26/2010 | RF | Update Disclosure Statement in light of changes to payment plan. Review classes and update. Compile all exhibits for paper copy to deliver to client. Finalize Plan of Reorganization. | 2.70 250.00/hr | 675.00 |
| | CDC | Finalize review and amendments to disclosure statement and Plan. | 1.50 275.00/hr | 412.50 |
| | RF | Disclosure Statement - update all numbers in Disclosure Statement regarding treatment of classes. Update throughout day as Payment Plan was revised. Reviewed for congruence with Carian Disclosure Statement. Compile paper copies for deliver to client. | 3.50 250.00/hr | 875.00 |
| | CDC | Telephone call out Ms. Barroso to clarify numbers in the payment plan. | 0.20 275.00/hr | 55.00 |
| 9/1/2010 | RF | Organize meeting to discuss Disclosure Statement. Attach relevant documents. | 0.20 250.00/hr | 50.00 |
| 9/3/2010 | RF | Prepare exhibits and Disclosure Statement for final review. Meet with client to discuss changes and review document. Implement final suggestions in accordance with final changes to payment plan. | 4.80 250.00/hr | 1,200.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2010 | RF | Verify latest review of Disclosure Statement, prepare all documents for filing, draft motions submitting the documents, and file. | 1.50 250.00/hr | 375.00 |
|  | CDC | Telephone call out Migdalia Guasp to discuss disclosure statement treatment to BPPR. | 0.20 275.00/hr | 55.00 |
|  | CDC | Final review of latest draft of disclosure statement and plan. | 1.20 275.00/hr | 330.00 |
| 9/8/2010 | RF | Prepare and file Certificate of Service for Disclosure Statement. | 0.50 250.00/hr | 125.00 |
|  | CDC | Telephone call in Mr. Munoz to discuss various issues: disclosure statement, use of cash collateral, executory contracts. | 0.50 275.00/hr | 137.50 |
| 9/20/2010 | CDC | Meeting at BPPR with Mr. Marini and Mr. Ubaldo to discuss documents. | 1.00 275.00/hr | 275.00 |
| 9/21/2010 | RF | Review file and Deliver editable copy of Disclosure Statement to BPPR. | 0.20 250.00/hr | 50.00 |
| 9/29/2010 | CDC | Receive and Review order setting Disclosure Statement hearing | 0.10 275.00/hr | 27.50 |

SUBTOTAL:      [    46.40      12,022.50]

### 14. Use of Cash Collateral

| 5/10/2010 | LSV | Draft and Review first draft of motion for use of cash collateral. | 3.00 250.00/hr | 750.00 |
|---|---|---|---|---|
|  | LSV | Review and Analyze specific provision of Loan and Security Agreement with Westernbank | 3.00 250.00/hr | 750.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/19/2010 | LSV | Draft and Review email to Debtor re: Use of Cash Collateral | 0.30 275.00/hr | 82.50 |
| | LSV | Draft and Review email to counsel for BPPR re: Use of Cash Collateral draft | 0.50 275.00/hr | 137.50 |
| 5/27/2010 | CDC | Meeting with client at BPPR to discuss further use of cash collateral. | 1.50 275.00/hr | 412.50 |
| | LSV | Prepare file and other documetns for meeting with BPPR to discuss permanent use of acsh collateral | 0.50 275.00/hr | 137.50 |
| | LSV | Meeting with BPPR re: permanent use of cash collateral and extension of interim stipulation | 1.50 275.00/hr | 412.50 |
| 6/1/2010 | LSV | Receive and Review draft of joint motion for extension of interim use of cash collateral sent by BPPR | 0.50 275.00/hr | 137.50 |
| | LSV | Draft and Review email to counsel for AAA Imports re: amended budget to be included to joint motion | 0.30 275.00/hr | 82.50 |
| 6/9/2010 | CDC | Meeting with client and Mr. Munoz to discuss the use of cash collateral and Carian's position. | 2.00 275.00/hr | 550.00 |
| 6/15/2010 | LSV | Draft and Review email to counsel for BPPR regarding extension of interim use of cash collateral | 0.30 275.00/hr | 82.50 |
| 7/12/2010 | CDC | Receive and Review latest projections for proposal to BPPR. | 275.00/hr | NO CHARGE |
| 8/16/2010 | CDC | Telephone call in  Mr. Munoz to discuss action to follow re:  BPPR | 0.30 275.00/hr | 82.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2010 | CDC | Telephone call in and Telephone call out Mr. Munoz . Multiple emails with Marini from BPPR re: Stipulation for use of cash. | 0.80 275.00/hr | 220.00 |
| 8/24/2010 | CDC | Review Cash Collateral stipulation - review and highlight changes. Obtain most recent drafts from BPPR. Review supporting exhibits. | 1.70 275.00/hr | 467.50 |
| | CDC | Receive and Review latest draft of agreement. Multiple emails received from Mr. Munoz. | 2.10 275.00/hr | 577.50 |
| | CDC | Receive and Review latest draft of agreement. Multiple emails received from Mr. Munoz. | 1.90 275.00/hr | 522.50 |
| | CDC | Telephone conference with Mr. Munoz to discuss the stipulation for use of cash collateral. Review UCC and Draft and Review some clauses. | 0.90 275.00/hr | 247.50 |
| 8/25/2010 | CDC | Receive and Review final version for stipulation on use of cash collateral. Draft and Review email to Mr. Munoz | 1.00 275.00/hr | 275.00 |
| | CDC | Telephone call in and Telephone call out Luis Marini to discuss motion for use of cash collateral. | 0.30 275.00/hr | 82.50 |
| 8/26/2010 | CDC | Telephone call in with Mr. Munoz to discuss final version of motion for use of cash collateral. | 0.50 275.00/hr | 137.50 |
| 9/8/2010 | CDC | Conference call with Mr. Marini and Mr. Munoz re: Final agreement for use of cash collateral. | 0.30 275.00/hr | 82.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2010 | CDC | Telephone call in and Telephone call out Attorney Ubaldo. Motion to be filed. | 0.20 275.00/hr | 55.00 |
| | CDC | Receive and Review stipulation on the use of cash collateral and adequate protection until dec 31, 2010 | 0.50 275.00/hr | 137.50 |
| | | SUBTOTAL: | [ 23.90 | 6,422.50] |

### 15. Critical Vendors

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/4/2010 | CDC | Receive and Review email from Maria re: list of critical vendors and bonds of PREPA. | 0.50 275.00/hr | 137.50 |
| 6/9/2010 | LSV | Meeting with Debtor to discuss requirement for designation of critical vendors and discuss proposed list | 0.50 275.00/hr | 137.50 |
| | LSV | Receive and Review list of porposed critical vendors | 0.30 275.00/hr | 82.50 |
| | | SUBTOTAL: | [ 1.30 | 357.50] |

### 16. Post Petition Financing

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 | GAC | Review files of case and dockets | 2.00 275.00/hr | 550.00 |
| 6/9/2010 | GAC | Meeting with C Conde to obtain additional information regarding DIP financing with Government Development Bank | 1.90 275.00/hr | 522.50 |
| | GAC | Meeting in office with C Conde to discuss possible financing and other matters pending | 1.00 275.00/hr | 275.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/10/2010 | GAC | Review WB loan documents. Tel calls scheduling meetings at Government Development Bank. | 3.50<br>275.00/hr | 962.50 |
| 6/29/2010 | LSV | Telephone call out to Debtor regarding documents needed for approval of credit | 0.20<br>275.00/hr | 55.00 |
| | LSV | Telephone call out to BPPR re: credit required for December 2010 | 0.30<br>275.00/hr | 82.50 |
| 7/12/2010 | CDC | Telephone call out Banco de Desarrollo. to disucss the need for temporary loan. | 0.30<br>275.00/hr | 82.50 |
| | CDC | Telephone call out Banco de Desarrollo. Follow up for informantion to be submitted. | 0.30<br>275.00/hr | 82.50 |
| | CDC | Telephone call out Ms. Rosso from Bco de Desarrollo. Draft and Review email to client. Meeting on Wednesday. | 0.30<br>275.00/hr | 82.50 |
| | CDC | Various Telephone call in and Telephone call out Mr. Muñoz. Receive and Review various emails re: status of loan request | 0.50<br>275.00/hr | 137.50 |
| 7/14/2010 | GAC | Meeting with H. Ramos and tel calls to shedule meetings at Government Economic Development Bank for DIP financing for client | 2.50<br>275.00/hr | 687.50 |
| 7/23/2010 | CDC | Receive and Review letter to Bco. Desarrollo. Draft and Review amendments to letter. | 0.40<br>275.00/hr | 110.00 |
| | CDC | Draft and Review letter send to Economic Development bank | 0.20<br>275.00/hr | 55.00 |
| 8/4/2010 | GAC | Tel calls to Mr. Rodriguez. re: Follow up on need for DIP finanicing requetsed. | 0.50<br>275.00/hr | 137.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/4/2010 | CDC | Draft and Review email letter to BPPR: need for post petition financing. | 0.10 275.00/hr | 27.50 |
| | GAC | Tel calls to Ken Oliver re: meeting at Gov. Dev. Bank for DFIP finiancing pending for client. | 0.30 275.00/hr | 82.50 |
| | GAC | Various tel calls to H Ramos re: financing and contact with government bank officilas in charge of DIP finaniced requested. | 0.50 275.00/hr | 137.50 |
| | GAC | Meeting in office with debtor's attorneys to discuss letter on post petition financing sent to government bank by client and amendments thereto. | 2.00 275.00/hr | 550.00 |
| 8/5/2010 | GAC | Meeting with aide to governor to explain possible lost of employment and need for DIP financing. | 2.50 275.00/hr | 687.50 |
| 8/6/2010 | GAC | Various tel calls to scheduled meeting with legal counsel to the governor atty Marschuach and Kathlyn Krumhausl re: DIP loan requested at government bank for client. | 1.00 275.00/hr | 275.00 |
| | GAC | Attended meeting with legal counsel to the governor atty Marschuach and Kathlyn Krumhausl re: DIP loan requested at government bank for client. | 3.00 275.00/hr | 825.00 |
| 8/10/2010 | GAC | Tel calls and scheluling of meeting with Mario Gazrtambide, aide to governor in charge of economic affairs re DIP loan requests pending for client. | 2.00 275.00/hr | 550.00 |
| 8/12/2010 | GAC | Meeting at La Fortaleza with aide to the governor in charge of economic affairs re: DIP financing for client. | 3.00 275.00/hr | 825.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2010 | GAC | Drafted memorandum regarding meetings to be held on DIP financing at Gov. dev. Bank for client. | 2.50 275.00/hr | 687.50 |
| 9/13/2010 | GAC | File Review and telephone calls to governemt agencies and bank to coordinate meeting at bank re: DIP financing. | 4.00 275.00/hr | 1,100.00 |
| 9/16/2010 | GAC | Telephone calls and meetings at Government of Puerto Rico agencies, re: DIP financing. | 4.00 275.00/hr | 1,100.00 |
| | CDC | Receive and Review letter to client from Banco de Desarrollo Economico. | 0.10 275.00/hr | 27.50 |
| 10/1/2010 | GAC | Phone calls to the Government Development Bank officials: Jorge crespo, Marcos de la Villa and Rafael Lugo re: DIP financing request pending. | 1.00 275.00/hr | 275.00 |
| 10/6/2010 | GAC | Telephone call with Attorney Edgardo Muniz, re DIP financing requested at GDBank for client. | 15.00 275.00/hr | 4,125.00 |
| 10/26/2010 | CDC | Telephone call in client. Telephone call out Bco. de Desarrollo re: follow up loan. | 0.30 275.00/hr | 82.50 |
| 10/29/2010 | CDC | Telephone call out Ms. Pellot re: follow up pending loan from Bco. Desarrollo. | 0.20 275.00/hr | 55.00 |

SUBTOTAL:            [    55.40       15,235.00]

For professional services rendered      239.90     $64,527.50

Additional Charges :

| | | Qty/Price | Amount |
|---|---|---|---|
| 5/11/2010 | Other Expenses/Invoice from Biz-Enituxia re: UCC at Department of State. | 1 50.00 | 50.00 |
| 5/31/2010 | Charge for legal investigation on Lexis Nexis. Invoice No. 1005124241 | 1 99.82 | 99.82 |
| 6/30/2010 | Docket cost for printing pages through Internet during the month of April 2010 to May 2010 | 1 3.20 | 3.20 |
| 7/16/2010 | Delivery Cost/Escrito al Expediente. | 1 20.00 | 20.00 |
| 7/23/2010 | Sellos de Rentas Internas/Suspensión de Vista | 1 40.00 | 40.00 |
| | Delivery Cost/solicitud de Descubrimiento de Prueba TPI/Guaynabo and copy to Fiscalia de Bayamon. | 1 40.00 | 40.00 |
| 7/30/2010 | Other Expenses/Title Study of various properties. | 1 900.00 | 900.00 |
| 8/1/2010 | Docket cost for printing pages through Internet during the month of June 2010 to July 2010 | 1 14.16 | 14.16 |
| 9/8/2010 | Postage Cost/Notice to Creditors re: filing of disclosure statement and plan of reorganization. | 13 0.44 | 5.72 |
| | Copying Cost/Notice to Creditors re: filing of disclosure statement and plan of reorganization. | 13 0.25 | 3.25 |
| 9/15/2010 | Sellos de Rentas Internas/Moción de suspención | 1 40.00 | 40.00 |
| 10/1/2010 | Charge for legal investigation on Lexis Nexis. Invoice No. 1009065545 | 1 76.83 | 76.83 |

Total costs                                                                 $1,292.98

Amount

|  | | Amount |
|---|---|---|
| | Total amount of this bill | $65,820.48 |
| 4/27/2010 | Retainer Fee.. Check No. 3927643 | ($15,000.00) |
| 10/29/2010 | Courtesy Discount. | ($10,000.00) |
| | Total payments and adjustments | ($25,000.00) |
| | Balance due | $40,820.48 |